**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                              **CASE NO: 4:24-CR-00105-BSM**

**BRALYN WADLINGTON**                                          **DEFENDANT**

**ORDER**

Bralyn Wadlington's motion to amend the judgment [Doc. No. 48] is granted.
Wadlington was sentenced on May 9, 2025, with the intent that his sentence would run from
the day of sentencing.  For this reason, his sentence began running on May 9, 2025, and
should run concurrently with the sentence he received by the state of Arkansas on
September 10, 2025.  *See* Fed. R. Crim. Pro. 36.

IT IS SO ORDERED this 6th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE